**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**BRANDON ANDERSON** **PLAINTIFF**

**v.** **No. 3:26-cv-224-DPM**

**J. ANGUIANO, Officer, Jonesboro Police Department; CRAIGHEAD COUNTY DETENTION CENTER; K8 NEWS; and FACEBOOK** **DEFENDANTS**

**ORDER**

**1.** Anderson's application to proceed *in forma pauperis, Doc. 1*, is granted. He reports no income or savings.

**2.** The Court must screen Anderson's complaint. 28 U.S.C. § 1915(e)(2). He says he was falsely arrested, and that he was injured in violation of his Eighth Amendment rights. He also says that K8 News libeled and slandered him. *Doc. 2 at 4*. Anderson's statement of his claim contains no details. He attached his booking profile from the Craighead County Sheriff's Department which provides some information. *Ibid at 6–8*. Anderson was arrested and charged with domestic battery and aggravated assault. He was in custody for more than a month before the charges were ultimately dropped. *Ibid at 7*.

**3.** The Court needs more information to evaluate his case. Anderson hasn't given any details about his libel/slander claim or his inmate medical claims. He hasn't particularly identified the parties he

is suing and explained how they injured him. Additionally, his complaint doesn't clearly state the relief he seeks.

**4.** Anderson must file an amended complaint with more details by 21 September 2026. If he doesn't, the Court will dismiss his complaint without prejudice. LOCAL RULE 5.5(c)(2).

**5.** The Court directs the Clerk to mail Anderson a blank § 1983 complaint form.

So Ordered.

D.P. Marshall Jr.
United States District Judge

21 August 2026